UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G.L.M. SECURITY & SOUND, INC.,

                    Plaintiff,                    **ORDER**
                                                                           CV 10-4701(PKC)(ARL)
      -against-

LOJACK CORPORATION,

                    Defendant.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is plaintiff's motion dated May 14, 2013 seeking (i) to extend the discovery deadlines 90 days in order to complete outstanding discovery, including expert discovery; (ii) to order expert disclosures in a sequence that provides a date two months out for the exchange of reports and then provides time to complete the depositions of the experts; and (iii) to retain the currently scheduled final conference on June 14, 2013 for potential settlement discussions. In response, defense counsel states that she has fully complied with all discovery requests, that defendant intends to commence dispositive motion practice, and opposes an extension of the discovery deadline. The plaintiff has also submitted a reply to the letter response, which will not be considered by the court. See Local Rule 37.3(c). The parties agree that they have been diligently conducting discovery. This is the first request for an extension of the discovery deadlines in this case.

      Plaintiff's request for an additional 90 days to complete outstanding discovery, to exchange expert reports and to conduct expert depositions is granted. All discovery, inclusive of expert discovery, is to be completed by August 14, 2013 for this limited purpose. Neither party may serve new requests or discovery applications. With respect to plaintiff's request to order expert disclosures in a sequence, that application is denied as the undersigned does not micromanage discovery and has only established a discovery end date. The parties can determine such a sequence by agreement if they wish in accordance with the parameters of the discovery deadline date. The deadline to commence dispositive motion practice is extended to August 28, 2013. The final conference scheduled for June 14, 2013 is adjourned to September 13, 2013 at 2:30 p.m. The parties are directed to file a proposed joint pretrial order prior to the final conference. Plaintiff's application for a settlement conference is denied without prejudice to a renewal thereof that both parties seek a settlement conference.

Dated: Central Islip, New York                  SO ORDERED:
       May 21, 2013

                                                  _____/s_____
                                                    ARLENE R. LINDSAY
                                                    United States Magistrate Judge